ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR F. ENGEL v. GEORGE P. BEDFORD.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CELIA LIEBER v. FANNIE MENSCHEL, Also Known as FANNIE SCHEINMAN.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY SUGARMAN v. ALPHONSUS A. BRUGNOLI.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALPHA ELECTRIC CO., INC., v. WILLIAM FANTEL, Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH L. SCHICKLER v. PENROD COMPANY, INC., Impleaded with BEN WIENER, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEW YORK LIFE INSURANCE COMPANY v. LEON LUKS and Another. ANNIE LUKS v. NEW YORK LIFE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CHARLES H. McCARTHY v. BANQUE DE COMMERCE DE L'AZOFF DON and CHARLES W. CULKIN, as Sheriff, and Another, Respondents.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY E. OPPENHEIMER v. MILTON M. EPSTEIN and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR S. DORSEY v. THE ANSONIA CLOCK COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALFRED SCOGNAMILLO v. THREE HUNDRED FIFTY WEST 38TH STREET COMPANY, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ESTHER MENDELL v. LOUIS MENDELL, Also Known as LOUIS MONDELL.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE CITY OF NEW YORK v. PATRICK J. DUFFY and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MAE L. BREARTON v. CORA E. DeWITT and Another, Executors, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SOPHIE KRELLMAN v. MAX KRELLMAN and Others, Impleaded with ARAS REALTY CORPORATION and Another, Appellants.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of HARRIS J. KLEIN.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MATTHEW J. CULLIGAN v. SARAH CULLIGAN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.